JOHN S. HULIN, Appellant, *v.* NORMAN B. SQUIRES et al., as Executors, etc., et al., Respondents.

(Argued December 20, 1893 ; decided January 16, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made March 15, 1893, which reversed an interlocutory judgment in partition in favor of plaintiff entered upon an order of Special Term, and directed a judgment in favor of defendants, declaring the plaintiff and defendants, who are the heirs at law of Franklin W. Farnam, deceased, entitled to the real and personal property attempted to be disposed of under the fifth clause of his will.

*E. Countryman* for appellant.

*R. A. Parmenter* and *Edwin A. King* for respondents.

Agree to affirm on opinion of General Term.
All concur, except BARTLETT, J., not sitting.
Judgment affirmed.

---

In the Matter of the Final Judicial Settlement of the Accounts of DOUGLASS BOARDMAN, as Executor, etc.

(Argued December 21, 1893; decided January 16, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made September 13, 1892, which modified, and affirmed as modified, a decree of the Surrogate's Court of Tompkins county.

*William N. Noble* for appellants.

*S. D. Halliday* for respondents.

Agree to affirm ; no opinion.
All concur, except EARL, J., not voting, and BARTLETT, J., not sitting.
Judgment affirmed.